■ In the Matter of SONYA LATIMORE (Admitted as SONYA WHITTEN LATIMORE), a Suspended Attorney. [764 NYS2d 179] —Motion to confirm the report of the Hearing Panel granted and the petition for reinstatement denied; cross motion to vacate order of suspension and/or for alternative relief denied in its entirety. Concur—Mazzarelli, J.P., Andrias, Saxe, Sullivan and Lerner, JJ.